IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JEFFNEY PHILISTIN, a.k.a.
JEFNEY PHILISTIN,**

    *Plaintiff*,

v.                                           Case No.: 5:25cv352-MW/MJF

**ROSE MARY BEUHLER,**

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 8, and has also reviewed *de novo* Plaintiff's appeal of the Magistrate Judge Order, ECF No. 9, which this Court construes as objections to the Report and Recommendation. Plaintiff does not object to the substance of the report and recommendation, but rather to the fact that the Magistrate Judge has signed his Orders with an electronic signature, which Plaintiff claims is a "computer forged signature" that constitutes fraud on the court and a violation of procedural due process. Nonsense. This Court has adopted Local Rules that give equal force and effect to electronically filed Orders, sworn documents, or other documents electronically filed in the proper case file and with electronic signatures. *See* N.D. Fla. Loc. R. 5.4. The Magistrate Judge's electronic signature has equal force and

effect as a handwritten signature and does not constitute a violation of due process or fraud on the court.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 8, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for Plaintiff's failure to comply with the Local Rules for the Northern District of Florida." The Clerk shall close the file.

**SO ORDERED on January 14, 2026.**

<u>s/Mark E. Walker</u>
**United States District Judge**